UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| KHBAIR AM-JAID TISDALE, | ) | CASE NO. 4:07 CV 2926 |
| Petitioner, | ) | JUDGE DONALD C. NUGENT |
| v. | ) | JUDGMENT ENTRY |
| MICHELE EBERLIN, | ) | |
| Respondent. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases.  Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability.  Fed.R.App.P. 22(b); 28 U.S.C. § 2253.

_____ 12/4/07
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE